```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN M. ARKOW (California Bar No. 143755)
 4  CHERYL L. O'CONNOR (California Bar No. 173897)
    Assistant United States Attorney
 5       1100/1300 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone:  (213) 894-6975/0759
 7       Facsimile:  (213) 894-6269/6436
         Email:      steven.arkow@usdoj.gov
 8                   cheryl.oconnor@usdoj.gov

 9  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 09-843-GW |
|---|---|---|
| Plaintiff, | ) | ORDER REGARDING GOVERNMENT'S |
| | ) | MOTION IN LIMINE TO EXCLUDE |
| v. | ) | EVIDENCE OF PRIOR CONVICTION OF |
| | ) | GOVERNMENT WITNESS D.D. UNDER |
| DAVID HENDERSON, | ) | FRE 609 |
| Defendant. | ) | |

Having reviewed the submissions of the parties, and upon consideration of the arguments of counsel at a hearing held on February 24, 2011 ("the hearing"), the Government's Motion In limine to Exclude Evidence of Prior Conviction of Government Witness D.D. under Federal Rule of Evidence 609 (Document No. 30 and related pleadings), is granted in part and denied in part (Document No. 69). Specifically, for the reasons set forth by the Court during the hearing, the Court rules that:

1. Evidence of D.D.'s prior convictions shall be limited to the fact that D.D. was convicted of a felony crime in 2008 and he received a sentence of more than one year.

2. Evidence of the nature of the charges and any other details of D.D.'s convictions shall be excluded.

IT IS SO ORDERED

DATED: February 28, 2011

*[signature: George H. Wu]*

_____
THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

_____
STEVEN M. ARKOW

-2-